IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NACHAY MALDONADO-TORRES, | : |
| Plaintiff | : CIVIL ACTION |
| v. | : NO. 19-0400 |
| CUSTOMIZED DISTRIBUTION SERVICES, INC., | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 21st day of September, 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 34), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 35), Defendant's Reply Brief in Support of its Motion for Summary Judgment (ECF No. 38), and Plaintiff's Sur-Reply in Further Opposition to Defendant's Motion for Summary Judgment (ECF No. 44),

**IT IS ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge